FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Juan Carlos Rodriguez-Peralta<br>Defendant. | Case No.: ED 08-237-M<br><br>ORDER OF DETENTION |

On motion by the government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required ~~(or the safety of any person or the community)~~.

The Court has considered the nature and circumstances of the offense(s); the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community.

The Court bases the foregoing findings on the defendant's non-objection to pre-trial detention and the Pretrial Services Report/Recommendation. (~~The defendant also has not rebutted the presumption provided by statute~~).

IT IS THEREFORE ORDERED that defendant be detained without prejudice prior to trial ~~/revocation hearing~~.

ORDER OF DETENTION

Page 1 of 2

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that defendant be committed to the custody of the |
| 2 | Attorney General for confinement in a corrections facility separate, to the extent |
| 3 | practicable, from persons awaiting or serving sentences or being held in custody |
| 4 | pending appeal; that defendant be afforded reasonable opportunity for private |
| 5 | consultation with counsel; and that, on order of a Court of the United States or on |
| 6 | request of any attorney for the government, the person in charge of the corrections |
| 7 | facility in which defendant is confined deliver defendant to a United States Marshal |
| 8 | for the purpose of any appearance in connection with a Court proceeding.  This order |
| 9 | is made without prejudice to reconsideration. |

Dated: 6/30/08

HONORABLE OSWALD PARADA
United States Magistrate Judge